# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona State Legislature, et al., | No. CV-24-08026-PCT-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Joseph R Biden, Jr., et al., | |
| Defendants. | |

This matter is before the Court on the Joint Motion to Consolidate Cases. (Doc. 12). The parties jointly move to consolidate this case with <u>Heaton v. Biden et al.</u>, CV-24-8027-PHX-DLR on the grounds that both cases involve common questions of law.

Rule 42(a) of the Federal Rules of Civil Procedure provides that consolidation of related actions is appropriate if the "actions before the court involve a common question of law or fact." The Court finds that the two cases involve common questions of both law and fact such that consolidation of the two actions is appropriate. Moreover, the schedules in the cases are already aligned and consolidation will not delay either action.

The consolidated action must also be assigned to a Judge. The Local Rules of this Court permit the Court to consider four factors in determining the Judge to whom the consolidated case will be assigned. LRCiv 42.1(d). The factors include "(1) whether substantive matters have been considered in a case; (2) which Judge has the most familiarity with the issues involved in the cases; (3) whether a case is reasonably viewed as the lead or principal case; or (4) any other factor serving the interest of judicial

economy." Id. Both cases are in the early stages of litigation and no substantive issues have yet been considered. Because this Court has considered the instant Motion and is assigned to the case with the lowest case number, the Court assigns the consolidated case to the undersigned under the case number CV-24-8026-PHX-SMM. The undersigned has consulted with the Judge assigned to the affected case pursuant to Local Rule 42(b).

Accordingly,

**IT IS ORDERED granting** the Joint Motion to Consolidate Cases. (Doc. 12).

**IT IS FURTHER ORDERED directing** the Clerk of Court to consolidate CV-24-8026-PHX-SMM with CV-24-8027-PHX-DLR, with the former as the lead case.

**IT IS FURTHER ORDERED directing the** Clerk of Court to close CV-24-8027-PHX-DLR.

**IT IS FURTHER ORDERED** that all future filings shall bear the case number CV-24-8026-PHX-SMM.

Dated this 29th day of April, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge